Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## ~~Northern~~ Southern District of West Virginia
### Charelston Division


**FILED**
SEP - 8 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Byron Meeks (pro-se)
1507 lynn st
Parkersburg Wv 26101

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bobby McClung
Matthew Eichhorn
Darren Wimans
Mike Winters
1 Government Sq
Parkersburg Wv 26101

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:20-CV-00583
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

Pro Se 15 (Rev 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Byron Meeks (pro-se) |
   | Address | 1507 Lynn st |
   | City | Parkersburg |
   | State | Wv |
   | Zip Code | 26101 |
   | County | Wood |
   | Telephone Number | 304-615-7503 |
   | E-Mail Address | Byronmeeks58@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Bobby McClung |
   | Job or Title (if known) | City Code Director |
   | Address | 1 Government Sq |
   | City | Parkersburg |
   | State | Wv |
   | Zip Code | 26101 |
   | County | Wood |
   | Telephone Number | 304-424-8537 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)*

☒ Individual capacity  ☒ Official capacity

**Defendant No. 2**
Name: Lt Matthew Eichhorn
Job or Title *(if known)*: Lt of Parkersburg Police Dept
Address: 1 Government Sq

| City | State | Zip Code |
|---|---|---|
| Parkersburg | Wv | 26101 |

County: Wood
Telephone Number: 304-424-8444
E-Mail Address *(if known)*:

☒ Individual capacity  ☒ Official capacity

**Defendant No. 3**
Name: Mike Winters
Job or Title *(if known)*: City Code Official Parkersburg Wv
Address: 1 Government Sq

| City | State | Zip Code |
|---|---|---|
| Parkersburg | Wv | 26101 |

County: Wood
Telephone Number: 304-424-8537
E-Mail Address *(if known)*:

☒ Individual capacity  ☒ Official capacity

**Defendant No. 4**
Name: Darren Winans
Job or Title *(if known)*: City Code Official Parkersburg Wv
Address: 1 Government Sq

| City | State | Zip Code |
|---|---|---|
| Parkersburg | Wv | 26101 |

County: Wood
Telephone Number: 304-424-8537
E-Mail Address *(if known)*:

☒ Individual capacity  ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  .Fourth amendment
  Fourteenth amendment
  First amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

  Mr.McClung did under the color of law and indivdual caoicity and officiaal capacity instruct out of revenge ,Malice acts against Mr.Meeks. Malice acts of sending each owner of MrMeeks customers aletter To remove the customers vehicles from Mr. Meeks Property in 7 Days or Civil and Criminal Penities would Apply even the ones lived out of state. Mr.Joe Martin Did write in the news paper due to a investigation by city code for a parking complaint near Mr.Meeks Property That is ow the Vehicle was Found.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Now Comes Byron Meeks Of Parkersburg Wv. On Aug 6 2020 Mr.Denzil Lyons Stopped By My shop. which is located at 1507 Lynn st..Mr.Lyons asked Me if i had seen what happed to the Parts off his truck. that is at nieghboring shop owned By Jr.Dowler. (Mr. Dowler is the Good Friend of Jr Dowler) I told Mr.Lyons yes i would be a witness from what i watched on the Video on Survelance system. Mr.Lyons went to the police department were Mr. Eichhorn took his report and used my name as a witness. A few Hours went by and City code officials showed up at Mr.Meeks Shop, with two Police officer One bieng Mr. Eichhorn and Aj McGrady over a Parking complaint at 818 15th st. Mr.Meeks Had a Customers Vehicle on the roadway which someone had stolen the tags off the vehicle. Which went un noticed. So Mr. Meeks Moved the vehicle Back On the Gated and Fenced posted Property he own. While it was awaiting service at Mr.Meeks repair facility. Mr McClung was mad at Mr.Meeks for a personal reason.from 2 years back Mr. Meeks rasied his voice at his one time friend, over another incident in his office and Mr.McClung took it personal. Mr.Meeks hasn't spoken to him sence. Mr.McClung told Brad Anderson, He had Mr.Meeks this time. On August 06 2020 Bobby McClung instructed an illegal search of Mr. Meeks Property's. Broke Wv Code 8-12-16 section (e)(2)(e)(3)(e)(4) Mr. McClung did not have probable cause, there were no structures on the private off road parking facilitys, and he did not provide an administrative search warrant for 816/815 15th st or 1507 lynn St Parkersburg Wv. When a code official illegaly collects evidence for criminal prosecution or proceedure in any court. It deprives the owner of the fourth amendment of the constitution and the state law. Bobby McClung did Deprive Mr.Meeks of His Fourth Amendment,Fourteenth amendment for personal gain in or for another individual. Mr. McClung did use his offical duty to close Mr.Meeks Buisness. Darren Winans Did Break Wv Code 8-12-16 section (e)(3)(e)(4) collecting evidence for personal gain. against Mr. Meeks. Mike Winter City Code Offical Did Break Wv Code 8-12-16 section (e)(2)(e)(3)(e)(4) taking Pictures on posted private property for personal gain with out an administrative search warrant. all three code officials did Break Wv code 61-3B-3 Tresspassing on Property other then a Structure or Convience.On August 10th 2020 Matthew Eichhorn Parkersburg Police Department showed up to Mr.Meeks Residence. 1507 lynn st on video survelance, Mr. Eichhorn walked on to 815 15th st with no probable cause. Mr Meeks off road Parking for his customers vehicles which is 815 15th st parkersburg Mr.Eichhorn was not granted access to nor did he have a search warrant. Walked on camera directly from his cruiser to a Black Honda Element that was not even visible from were Mr..Eichhorn had Parked. Mr.Eichhorn then proceeded to Walk past Mr.Meeks Garage (Aug 6th complaint) Directly to Jr.Dowlers Shop. Pro-Line Collision Repair. (whom is friends with the Chief Of Police Joe Martin and Mr.Eichhorn) Fact of the Complaint is Mr.Denzil Lyons used Mr.Meeks as his witness on his Parts theft against Mr.Dowler (the Chief of Polices Firend) Mr.Meeks Is Canidate For Mayor of Parkersburg. So Mr.Eichhorn Came back on Video from Mr.Dowlers Shop at 810 16th st. Mr.Meeks answered his door. Mr. Eichhorn told Mr.Meeks that The Honda He traded for A year ago Was stolen out of Rhode Island. Mr.Meeks said no way it cant be I have the Title And Noterized Bill of Sale for the Car.Mr Eichhorn asked Mr. Meeks, to Provide the Title so that Mr.Eichhorn said he would be back with Mr.Eichhorn was going to see what was going on. Mr. Eichhorn returned no Papers in Hand kept Mr.Meeks Title and told him he was under arrest for a receiving a Stolen Vehicle. A crime was not committed in front of Mr.Eichhorn. No Warrants Were issued Mr. Meeks Called his title agency whom does his titles,Cathy At O.B.s used carsand asked her to run the vehicle while Mr.Eichhorn was present And she told Mr.Meeks is does not show to be stolen.Mr.Eichhorn told Mr.Meeks in front of his wife and children, in front of his customers he had to goto Jail. He was arresting him he could go the easy wasy or the hard way but one way or another he was going to jail. .Mr.Eichhorn Had no paper work on the stolen Honda No warrants from wv or rhode island. Mr. Meeks did not resist Mr.Eichhorn told hs wife to call a bonds man and Mr.Eichhorn assured Mr Meeks there would be no Bond. When the Judge arraighned Mr. Meeks. A Wait of 3 hrs to be arraigned Till a Judge Came on duty, Mr.Meeks had a conflict of intrest in Judge Joe Kuhl Mr. Meeks had a Conflict twith Mr.Kuhls wife earlier that year over a side walk that never had been replaced in front of the judges house. Mr.Kuhl signed the complaint, he was very angry for some reason, you could see the resentment in his exspressions He charged Mr.Meeks with a Felony receiving Stolen Vehicle and Set a Bond of $5,000 Dollars Mr.Meeks Never said aword and had his bondsman sign the bond.On August 11th Mr Lons went to the police station to see Mr.Eichorn about his truck parts not knowing Mr.Meeks had been arrested Mr.Eichhorn told Mr.Lyons That his Eyes Witness Was arrested on Felony receiving Stolen Vheicle and ws not Creditable Enuff then told Mr Lyons he had a mechanics lien on his truck.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 6th 2020 11:30 AM
August 10th 2020 3 PM
August 11th 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Facts On August 06 2020 Bobby McClung instructed an illegal search of Mr. Meeks Property and Broke Wv Code 8-12-16 section (e)(2)(e)(3)(e)(4) Mr. McClung did not provide an administrative warrant and was not allowed to illegaly collect evidence for criminal prosecution or proceedure in any court. Bobby McClung did Deprive Mr.Meeks of His Fourth Amendment, Fourteenth amendment for personal gain in official duty,
Darren Winans Did Break Wv Code 8-12-16 section (e)(3)(e)(4) collecting evidence for personal gain, against Mr. Meeks Fourth amendment and Fourteentth amendment on Official duty Mike Winter City Code Offical Did Break Wv Code 8-12-16 section (e)(2)(e)(3)(e)(4) taking Pictures on posted private property for personal gain with out an administrative search warrant. all three code officials did Break Wv code 61-3B-3 Tresspassing on Property other then a Structure or Convience.
On Aug. 10th 2020 Matthew Eichhorn Did Break deprive Byorn Meeks Of His Fourth Amendment Illegal Search and Siezure with no Probable Cause Found As Well As. Mr Eichhorn also Deprived Mr.Meeks Of his Fourteenth Amendment OF Due Process as well.
Mr.Matthew Eichhorn Did deprive Mr.Meeks of his Constitution rights in his individual and official capacity. Mr. Eichhorn Did Tell The court fictional Information that Would do irreversable damage to Mr.Meeks Election causing irrepairable Damage to his creditability towards his customers and his employees and cauing him irreparable harm integrty of the citizens of parkersburg as well as deprived me of my property and liberty illegally.     Drake Meeks Parkersburg Wv Exspert Witness
Bradly Anderson ot Parkersburg Exspert Witness     Crystal Meeks Parkersburg Wv Witness
Denzil Lyons Of Vienna Wv Exspert Witness     Jason Marchuck   Parkersburg Wv Witness
Danielle Hickman of Parkersburg Witness     Bradey Powell of Parkersburg Wv Witness

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Irrepairable Malice between Mr.Meeks customers and his repair facility .along with deflamation from the news, all the radio station and news paper. its shut Mr.Meeks shop is sut down with a fiancial hardhip has set on him and his family. Not a single phone call for three weeks. His customers picked up there cars from his repair buisness. we are in a economic crisis. having done these Maice actions to Mr.Meeks and his Family cost him a life long repair buisess and irrepairabe damgae to him and his customers. Not only his buisness is lost his election is irrepairable as well. Mr.Meeks Spent his own Money to run for Mayor He Also was dontating 80% of that money to the children and the veterans who were not fairly represented in the city from today times. His constitutional rights were violated along with his federal rights.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1 trillion dollars the actual damages are $250,000 in customers car repair when everyne picked up there cars in fear of loosing them from the letters sent out to the customers lost all the Parts money people would not pay there bills which cars were already started repairing, i cant charge a customer till it is finished no one would leave there car here to finish in fear of loosing there vehicle we do high end builds with dyno tunning.
You can not put a price on he irrepairble damages these individual have
caused to my life long buisness,for my family not alone the community,
we helped threw this crisis these Malice acts,im asking for a 1 zillion dollars this was the future employment for the children of my sons children.

public repremand and retraction by publication

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay. or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        September 8th 2020            *September 8th 2020*

Signature of Plaintiff    *Byron Meeks*            *Byron Meeks*
Printed Name of Plaintiff    Byron Meeks (pro-se)        *Byron Meeks (pro-se)*

**B.   For Attorneys**

Date of signing:        September 8th 2020

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                        City        State       Zip Code

Telephone Number
E-mail Address