# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**BYRON MEEKS, and**
**BYRON'S GARAGE,**

       **Plaintiffs,**

v.                                          **CIVIL ACTION NO.: 2:20-cv-00583**
                                                     **HON. JUDGE JOHNSTON**

**TOM JOYCE, JOE MARTIN,**
**JASON MATTHEWS**
**BOBBY MCCLUNG, LT.**
**MATTHEW EICHHORN**
**DARREN WINANS, MIKE WINTERS,**
**and JOHN DOES 1-10 in their**
**individual and official capacities,**

       **Defendants.**

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the Defendants, do hereby certify that on **August 9, 2023**, **"DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION"** was served via email to the parties listed below and this *Certificate of Service* was filed with the Clerk of the Court using the CM/ECF system:

                                    Ryan J. Umina, Esq.
                                    Beth Umina, Esq.
                                    Umina Legal, PLLC
                                    133 Greenbag Road
                                    Morgantown, WV 26505
                                    *Counsel for Plaintiff*

                                    J. Morgan Leach, Esq.
                                    Robert J. Williamson, Esq.
                                    P.O. Box 5518
                                    Vienna, WV 26105
                                    *Counsel for Plaintiff*

*/s/ Mark J. McGhee*
_____
Timothy L. Mayo, Esquire (W. Va. Bar No. 5771)
Mark J. McGhee, Esquire (W. Va. Bar No. 9016)
**Flaherty Sensabaugh Bonasso PLLC**