IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRYON MEEKS,

        Plaintiff,

v.                           CIVIL ACTION NO. 2:20-cv-00583

BOBBY MCCLUNG, et al.,

        Defendants.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered on December 19, 2023, (ECF No. 124), the Court **DENIES** Plaintiffs' Motion for Summary Judgment, (ECF No. 92), and **GRANTS** Defendants' Motion for Summary Judgment, (ECF No. 94). Accordingly, the Court **DISMISSES** this case and **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                            ENTER:     December 19, 2023

                            THOMAS E. JOHNSTON, CHIEF JUDGE